UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EZRA C. SULTAN, | ) |
| Plaintiff, | ) CV-18-934 (FB)(ST) |
| v. | ) |
| COINBASE, INC., | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned, an attorney from Squire Patton Boggs (US) LLP, counsel for defendant Coinbase, Inc., enters an appearance in the above-captioned action.

Dated: New York, New York
April 9, 2018

Respectfully submitted,

**SQUIRE PATTON BOGGS (US) LLP**

By: */s/ Paul Myung Han Kim*
Paul Myung Han Kim (MK-2269)
30 Rockefeller Plaza
New York, New York 10112
t: (212) 872-9800
f: (212) 872-9815
paul.kim@squirepb.com

*Attorneys for Defendant Coinbase, Inc.*