

Squire Patton Boggs (US) LLP
30 Rockefeller Plaza
New York, New York  10112

O  +1 212 872 9800
F  +1 212 872 9815
squirepattonboggs.com

Paul Myung Han Kim
T  +1 212 872 9841
paul.kim@squirepb.com

July 5, 2018

**BY FEDERAL EXPRESS**

Hon. Frederic Block, *U.S.D.J.*
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Ezra C. Sultan v. Coinbase, Inc.**
**U.S. District Court, Eastern District of New York, Case No. CV-18-934 (FB)(ST)**
**Courtesy Copies of Motion to Compel Arbitration**

Hon. Frederic Block:

This law firm represents defendant Coinbase, Inc. ("Coinbase") in the above-referenced action.  We respectfully enclose courtesy copies of the briefing on Coinbase's motion to compel arbitration, which consist of the following documents:

Submitted by defendant Coinbase:

1. Notice of Motion;
2. Coinbase's Memorandum of Law in Support of Motion to Compel Arbitration and to Stay Action;
3. Declaration of Justin Lyn in Support of Coinbase, Inc.'s Motion to Compel Arbitration and to Stay Action, with Exhibits 1-4;
4. Proposed Order;
5. Certificate of Service;

Submitted by plaintiff Ezra C. Sultan:

6. Plaintiff Ezra Sultan's Memorandum of Law in Opposition to Defendant Coinbase, Inc.'s Motion to Compel Arbitration and to Stay Action;
7. Declaration of Ezra Sultan, with Exhibit 1;
8. Certificate of Service;

44 Offices in 21 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.

Submitted by defendant Coinbase:

9.  Defendant Coinbase, Inc.'s Reply Memorandum of Law in Further Support of Motion to Compel Arbitration and to Stay Action;
10. Reply Declaration of Justin Lyn in Further Support of Coinbase, Inc.'s Motion to Compel Arbitration and to Stay Action.

Coinbase respectfully requests the scheduling of oral argument at the Court's discretion. We thank the Court for its attention to this matter.

Respectfully submitted,

Squire Patton Boggs (US) LLP

/s/ *Paul Myung Han Kim*

Paul Myung Han Kim

Encls.

cc:   Hon. Steven L. Tiscione, *U.S.M.J.*
      United States District Court
      Eastern District of New York
      225 Cadman Plaza East
      Brooklyn, NY 11201
      (w/o encls.)

      Robert J. Lum, Esq.
      The Dweck Law Firm LLP
      10 Rockefeller Plaza, Ste 1015
      New York, NY 10020
      (by email w/o encls.)

44 Offices in 21 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.