

Squire Patton Boggs (US) LLP
30 Rockefeller Plaza
New York, New York  10112

O  +1 212 872 9800
F  +1 212 872 9815
squirepattonboggs.com

Paul Myung Han Kim
T  +1 212 872 9841
paul.kim@squirepb.com

July 10, 2019

**BY ECF**

Hon. Frederic Block, *U.S.D.J.*
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Ezra C. Sultan v. Coinbase, Inc.**
**U.S. District Court, Eastern District of New York, Case No. 18-cv-934 (FB)(ST)**
**Arbitration Status Update**

Hon. Frederic Block:

    This law firm represents defendant Coinbase, Inc. ("Coinbase") in the above-referenced action.  Coinbase writes to respectfully provide the Court with a further status update on the parties' arbitration pursuant to the May 30, 2019 Electronic Status Report Order.

    I have been advised that the arbitration hearing is currently scheduled for August 7, 2019 in New York.  A further update will be provided to the Court once the parties have concluded the arbitration.

    Respectfully submitted,

    Squire Patton Boggs (US) LLP

    */s/ Paul Myung Han Kim*

    Paul Myung Han Kim

cc:   counsel of record (via ECF)

44 Offices in 21 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.

010-8800-5066/1/AMERICAS