UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EZRA C. SULTAN, | ) |
| Plaintiff, | ) CV-18-934 (FB)(ST) |
| v. | ) |
| COINBASE, INC., | ) |
| Defendant. | ) |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their undersigned counsel, that this action is dismissed in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with no award of attorney's fees or costs to either party.

Dated: New York, New York
December 3, 2019

By:  /s/ *Jack S. Dweck*
Jack S. Dweck
THE DWECK LAW FIRM LLP
10 Rockefeller Plaza
New York, New York 10020
t: (212) 687-8200
f: (212) 697-2521
jsd@dwecklaw.com

*Attorneys for Plaintiff*
*Ezra C. Sultan*

By:  /s/ *Paul Myung Han Kim*
Paul Myung Han Kim (MK-2269)
SQUIRE PATTON BOGGS (US) LLP
30 Rockefeller Plaza
New York, New York 10112
t: (212) 872-9800
f: (212) 872-9815
paul.kim@squirepb.com

*Attorneys for Defendant*
*Coinbase, Inc.*