**THE DWECK LAW FIRM, LLP**
10 ROCKEFELLER PLAZA
NEW YORK, N.Y. 10020

TELEPHONE: (212) 687-8200
FACSIMILE: (212) 697-2521

WWW.DWECKLAW.COM

JACK S. DWECK*
H.P. SEAN DWECK**

CHRISTOPHER S. FRASER***

ERIC J. SCHMERTZ
1925-2010

\* ADMITTED TO N.Y. CONN. AND FLA. BARS
\*\* ADMITTED TO N.Y. AND PA. BARS
\*\*\* ADMITTED TO N.Y. AND N.J. BARS

WESTCHESTER OFFICE
901 NORTH BROADWAY
NORTH WHITE PLAINS, N.Y. 10603

NOT FOR SERVICE OF PAPERS

CONNECTICUT OFFICE
GRAVEL ISLAND ROAD
NEW CANAAN, CT 06840

(203) 972-3000

NOT FOR SERVICE OF PAPERS

December 4, 2019

Hon. Frederic Block
United District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Sultan v. Coinbase
Docket No. 1: 18-cv-00934-FB-ST

Honorable Block:

The undersigned are attorneys for the Plaintiff in the above entitled action.

I wish to advise you that the above entitled action has been settled and all issues ultimately resolved between the parties.

Respectfully yours,

THE DWECK LAW FIRM

By: _____
Jack S. Dweck

JSD: sc
Cc: Paul Myung H. Kim, Esq.
    Via email at paul.kim@squirepb.com